### SENECA D. KIMBARK, Impl'd, etc.
#### v.
### JAMES BLUNDIN, use, etc.

STATEMENT.—This case is similar to the preceding.

APPEAL from the County Court of Cook county; the Hon. MASON B. LOOMIS, Judge, presiding. Opinion filed August 5, 1880.

Mr. ROBERT A. CHILDS, for appellant.

Messrs. DECKER, FRENCH & DOUGLAS, for appellee.

PER CURIAM. This case is in all respects like the preceding case between the same parties, and is disposed of in the same way.

Reversed and remanded.